**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO.  3:05-cr-284(S2)-J-32HTS

REGINALD RICHARDSON

---

### O R D E R

The United States' oral motion to dismiss the Indictment and Superceding Indictment

is **GRANTED,** without objection by counsel for the Defendant.  Accordingly, the Indictment

(Doc. #1), filed on August 24, 2005, and the Superceding Indictment (Doc. #60), filed on

June 15, 2006, are hereby **DISMISSED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of August, 2006.

_____
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Talbot)
Gerald Bettman, Esquire